■ In the Matter of TRACY E. SCOTT, Petitioner, v BETH BERLIN, Executive Deputy Commissioner, New York State Office of Temporary and Disability Assistance, et al., Respondents. [929 NYS2d 899]—

Memorandum: The determination sanctioning petitioner for failure to comply with the job search requirements of a work experience program without good cause is supported by substantial evidence (*see Matter of Gokey v Berlin*, 73 AD3d 1472 [2010]; *Matter of LaSalle v Wing*, 256 AD2d 1243 [1998]; *Matter of Bishop v New York State Dept. of Social Servs.*, 246 AD2d 391 [1998], *lv denied* 91 NY2d 813 [1998]). Contrary to petitioner's contention, the sanctions imposed for her failure to comply with those requirements were proper (*see* Social Services Law § 131 [5]). We have considered petitioner's remaining contentions and conclude that they are without merit. Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ.